1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Mercedes Muro

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MERCEDES MURO,                    ) Case No.: 5:14-cv-00096 DFM
                                      )
12         Plaintiff,                 ) {PROPOSED} ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting         ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,  ) U.S.C. § 1920
15                                    )
           Defendant                  )
16                                    )
    _____   )

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,200.00 as
20
    authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
    DATE:  February 17, 2015
22
                                      _____
23                                    DOUGLAS F. MCCORMICK
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 |     /s/ *Steven G. Rosales*
   | _____
4 | Steven G. Rosales
   | Attorney for plaintiff Mercedes Muro